Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for   Defendant KENNETH EDWARD MATTHEWS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NB TRUCKING, INC., aka NBT,<br>AMRITPAL P. SINGH, aka, Amrit Singh, aka, "Gogi,"<br>SUKHWINDER SINGH, aka, Sukhvinder Singh, aka, Bobby Tiwana,<br>WILLIE BURTON EVANS, and<br>KENNETH EDWARD MATTHEWS,<br><br>  Defendants. | Case No.1:06-CR-00004 AWI<br><br>**WAIVER OF DEFENDANT KENNETH EDWARD MATTHEWS' PERSONAL APPEARANCE**<br><br>**(Fed. R. Crim. Proc., Rule 43)** |

Defendant hereby waives the right to be present in person in open court for hearings upon questions of law, status conferences, and pre-trial conferences. Defendant hereby requests the court to proceed during his absence on every occasion which the court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present. This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

DATED: February  9 , 2006.

/s/ Kenneth E. Matthews
Kenneth Edward Matthews
2203 North Lodi Avenue
Fresno, California  93722

APPROVED:


   /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorney for Defendant

DATED: February  9 , 2006.


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived for hearings upon a question of law, status conferences, and pre-trial conferences unless otherwise ordered by the court.


IT IS SO ORDERED.

**Dated:    February 10, 2006**             /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

2